| | |
|---|---|
| 1 | STEVEN WAR (D.C. BAR# 477822) (Admitted Pro Hac Vice) |
| 2 | steve@wariplaw.com<br>**WAR IP LAW PLLC** |
| 3 | 5335 Wisconsin Ave, NW, Suite 440<br>Washington, DC 20015 USA |
| 4 | Telephone: (202) 800-3751 |
| 5 | KARL S. KRONENBERGER (SBN 226112)<br>karl@kr.law |
| 6 | **KRONENBERGER ROSENFELD, LLP**<br>548 Market Street, #85399 |
| 7 | San Francisco, CA 94104<br>Telephone: (415) 955-1155 |
| 8 | *Attorneys for Plaintiffs* |
| 9 | *Interdate, S.A. and Be2 Sarl* |
| 10 | TOMIO B. NARITA (SBN 156576)<br>Tomio.Narita@wbd-us.com |
| 11 | R. TRAVIS CAMPBELL (SBN 271580)<br>Travis.Campbell@wbd-us.com |
| 12 | MICHELLE F. CATAPANG (SBN 308038)<br>Michelle.Catapang@wbd-us.com |
| 13 | **WOMBLE BOND DICKINSON (US) LLP**<br>50 California Street, Suite 2750 |
| 14 | San Francisco, CA 94111<br>Telephone: (415) 433-1900 |
| 15 | |
| 16 | *Attorneys for Defendant*<br>*Arkose Labs, Inc.* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDATE S.A., a Luxembourg joint stock company; and BE2 SARL, a Luxembourg limited liability company,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ARKOSE LABS, INC., a Delaware corporation,<br><br>                    Defendant | CASE NO.: 4:24-cv-02671-KAW<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE; ORDER**<br><br>Honorable Kandis A. Westmore |

INTERDATE S.A., ET AL. V. ARKOSE LABS, INC.          (CASE NO.: 4:23-CV-02671-KAW)
STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE
WBD (US) 4918-1003-0704

Pursuant to Civil Local Rule 7-12, Plaintiffs Interdate, S.A. and Be2 Sarl (collectively "Plaintiffs") and Defendant Arkose Labs, Inc., ("Defendant") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, On October 1, 2025, the Parties participated in a full-day mediation through the United States District Court for the Northern District of California's Alternative Dispute Resolution Program; and

WHEREAS, as a result of the mediation, the Parties have reached a settlement of the above-captioned case;

THEREFORE, the Parties hereby stipulate and jointly request as follows:

1. That the Court enter an order dismissing Plaintiffs' Second Amended Complaint, filed on April 7, 2025 [Dkt. 39], in its entirety with prejudice;
2. That the Court enter an order dismissing Defendant's Counterclaim, filed on May 12, 2025 [Dkt. 42], in its entirety with prejudice; and,
3. That the Court's order provide that each Party shall pay their own attorneys' fees and costs.

DATED: October 24, 2025         **WAR IP LAW PLLC**

By:   /s/Steven War
      Steven War
      Attorney for Plaintiffs
      Interdate S.A. and Be2 Sarl

DATED: October 24, 2025         **WOMBLE BOND DICKINSON (US) LLP**

By:   /s/R. Travis Campbell
      R. Travis Campbell
      Attorneys for Defendant
      Arkose Labs, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: October 24, 2025

By: _____
Hon. Kandis A. Westmore